IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PHARMACIA CORPORATION (f/k/a ) <br> Monsanto Company), *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> PHARMACIA CORPORATION (f/k/a ) <br> Monsanto Company) and SOLUTIA, INC., ) <br> ) <br> Counterclaim Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Counterclaim Defendants. ) | CIVIL NO. 99-63-GPM |

# ORDER OF DISMISSAL

**MURPHY, Chief District Judge:**

Counterclaim Plaintiffs Pharmacia Corporation and Solutia, Inc., have moved to dismiss all claims against and by Empire Chemical, Inc. (*see* Doc. 733). The motion was filed on May 19, 2006, and no response has been filed.

Pursuant to Southern District of Illinois Local Rule 7.1(c), "[f]ailure to timely file an answering brief to a motion may, in the Court's discretion, be considered an admission of the merits of the motion." The Court exercises its discretion, and the motion to dismiss (Doc. 733) is **GRANTED**. Defendant Empire Chemical, Inc., is **DISMISSED with prejudice** pursuant to

Federal Rule of Civil Procedure 41(a)(2).  The parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED:  6/29/06

                                              s/ G. Patrick Murphy  
                                              G. PATRICK MURPHY  
                                              Chief United States District Judge