IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 99-63-GPM |
| **PHARMACIA CORPORATION (f/k/a Monsanto Company),** *et al.*, | ) |
| **Defendants.** | ) |
| **PHARMACIA CORPORATION (f/k/a Monsanto Company) and SOLUTIA, INC.,** | ) |
| **Counterclaim Plaintiffs,** | ) |
| vs. | ) |
| **UNITED STATES OF AMERICA, et al.,** | ) |
| **Counterclaim Defendants.** | ) |

## ORDER OF DISMISSAL

**MURPHY, Chief District Judge:**

Before the Court is a Joint Motion to Approve Settlement, Dismiss Pursuant to Settlement Agreement, and Grant Contribution Protection filed by Counterclaim Plaintiffs Solutia Inc. and Pharmacia Corporation (collectively "Plaintiffs") and Counterclaim Defendant Tonox LLC, formerly known as Kerr-McGee Chemical LLC ("Defendant") (Doc. 736). The motion was filed on July 14, 2006, and no response was filed. Accordingly, the Court **GRANTS** the motion and rules as follows:

(1) Plaintiffs' and Defendant's Settlement Agreement is approved;

(2) Plaintiffs' Claims against Defendant are dismissed with prejudice;

(3)     Defendant shall be granted contribution protection from Claims, to prevent non-settling defendants and others from asserting contribution claims against Defendant that are Claims as defined in the Settlement Agreement.  All Claims, including without limitation all counterclaims and cross-claims which have been made or could have been made against Defendant by any person other than the United States in connection with this action, are dismissed with prejudice; and

(4)     The liability of the non-settling parties will be reduced by the total amount of money paid in the Settlement Agreement.

**IT IS SO ORDERED.**

DATED:  08/24/06

                                        s/ G. Patrick Murphy
                                        G. PATRICK MURPHY
                                        Chief United States District Judge